

## IN THE DISTRICT COURT OF PHILADELPHIA COUNTY PENNSYLVANIA

UNITED STATES OF AMERICA; et seq.
**Plaintiff (Petitioner)**

CASE and/or DOCKET No.: 16-05700

Sheriff's Sale Date: _____

v.

JUAN A. ROZIER, ET AL,
**Defendant (Respondent)**

### AFFIDAVIT OF SERVICE

**TYPE OF PROCESS: SUMMONS AND COMPLAINT**

I, ERIC AFFLERBACH, certify that I am eighteen years of age or older and that I am not a party to the action nor an employee nor relative of a party, and that I served JUAN A. ROZIER the above process on the 28 day of June, 2017, at 11:40 o'clock, AM, at 249 LINDLEY AVENUE PHILADELPHIA, PA 19120, County of Philadelphia, Commonwealth of Pennsylvania:

**Manner of Service:**

☑  By posting a copy of the original process on the most public part of the property pursuant to an order of court

Service was attempted on the following dates/times:

1) _____    2) _____    3) _____

Commonwealth/State of _Pa_

County of _Berks_           ) SS:

Before me, the undersigned notary public, this day, personally, appeared _Eric Afflerbach_ to me known, who being duly sworn according to law, deposes the following:

I hereby swear or affirm that the facts set forth in the foregoing Affidavit of Service are true and correct.

_____
(Signature of Affiant)

Subscribed and sworn to before me
this _30_ day of _June_, 20_17_

_____
Notary Public

File Number: USA-158099
Case ID #:4924433

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Teresa Minzola, Notary Public
Washington Township, Berks County
My Commission Expires December 05, 2017

PCO — BA

| USPS Manifest Mailing System | | | | | | | Page 1 |
|---|---|---|---|---|---|---|---|
| Mailer's Name & Address<br>KML Law Group<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106 | | Permit Number<br>123 | | | MAC Ver. Number<br>ConnectShip Progistics 6.5 | | |
| | | Sequence Number<br>6579-1 | | | Class of Mail<br>Mixed | | |
| Article #/<br>Piece ID | Addressee Name<br>Delivery Address | ES<br>Type | Postage | ES<br>Fee | Insurance<br>Amount | Due/<br>Sender | Total<br>Charge |
| 9171999991703808805487<br>9171999991703808805487 | ROZIER, JUAN A.<br>8308 Pickering Street, Apt A<br>Philadelphia, PA 19150 | ERR<br>C | 0.925 | 1.40<br>3.45 | | | 5.78 |
| 9171999991703808805494<br>9171999991703808805494 | ROZIER, JUAN A.<br>4631 Lesher Street<br>Philadelphia, PA 19124 | ERR<br>C | 0.925 | 1.40<br>3.45 | | | 5.78 |
| 9171999991703808805500<br>9171999991703808805500 | ROZIER, JUAN A.<br>249 Lindley Avenue<br>Philadelphia, PA 19120 | ERR<br>C | 0.925 | 1.40<br>3.45 | | | 5.78 |
| Page Totals<br>Cumulative Totals | 3<br>3 | | 2.78<br>2.78 | 14.55<br>14.55 | | | 17.33<br>17.33 |

USPS CERTIFICATION

Total Number Of Pieces Received_____

Round Stamp_____

_____
Signature of Receiving Employee

PS Form 3877 (Facsimile)

Extra Service Codes:
C       Certified
ERR    Return Receipt

**Name and Address of Sender**
KML LAW GROUP, P.C.
SUITE 5000
701 MARKET STREET
PHILADELPHIA, PA
19106-1532

**Check type of mail or service:**
☐ Certified       ☐ Recorded Delivery (International)
☐ COD             ☐ Registered
☐ Delivery Confirmation  ☐ Return Receipt for Merchandise
☐ Express Mail    ☐ Signature Confirmation
☐ Insured

| # | Article Number | Addressee (Name, Street, City, State, & ZIP Code) | Postage | Fee | Handling Charge | Actual Value if Registered | Insured Value | Due Sender if COD | DC Fee | SC Fee | SH Fee | RD Fee | RR Fee |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. | | TO JUAN ROZIER, ROZIER, JUAN A. 249 Lindley Avenue Philadelphia, PA 19120 | | | | | | | | | | | |
| 2. | | | | | | | | | | | | | |
| 3. | | TO JUAN ROZIER, ROZIER, JUAN A. 4631 Lesher Street Philadelphia, PA 19124 | | | | | | | | | | | |
| 4. | | | | | | | | | | | | | |
| 5. | | TO JUAN ROZIER, ROZIER, JUAN A. 8308 Pickering Street, Apt A Philadelphia, PA 19150 – 1741 | | | | | | | | | | | |
| 6. | | | | | | | | | | | | | |
| 7. | | | | | | | | | | | | | |
| 8. | | | | | | | | | | | | | |

Affix Stamp Here (if issued as a certificate of mailing, or for additional copies of this bill) Postmark and Date of Receipt

[USPS CONTINENTAL STATION JUN 27 2017 PHILA, PA 19106 postmark]

See Privacy Act Statement on Reverse

PCO-Brittni Augustin

Total Number of Pieces Listed by Sender: 3
Total Number of Pieces Received at Post Office:

Postmaster, Per (Name of receiving employee)

PS Form **3877**, February 2002 (Page 1 of 2)   Complete by Typewriter, Ink, or Ball Point Pen

USA-158099   Philadelphia County   Sale Date:

JUAN A. ROZIER